# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

THOMAS LARRY PYBURN,

    Plaintiff,

v.

DETECTIVE SHERI DOYLE; et al.,

    Defendants.

CIVIL ACTION NO.: 2:17-cv-68

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6, to which Plaintiff filed Objections, dkt. no. 7. Plaintiff's Objections offer little more than the reiteration of the claims he set forth in his original Complaint, save his allegations concerning the applicable statute of limitations period. Id. at p. 1. The Magistrate Judge correctly concluded that Plaintiff fails to state a claim upon which relief can be granted and that he filed his Complaint outside of the limitations period.

Therefore, the Court **OVERRULES** Plaintiff's Objections. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint, as

amended, for failure to state a claim, **DENIES** Plaintiff's request for injunctive relief, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of November, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA